No. 94–2135. CITY OF MORGAN CITY *v.* SOUTHERN LOUISIANA ELECTRIC COOPERATIVE ASSN. ET AL. C. A. 5th Cir. Motions of Colorado Association of Municipal Utilities, Municipal Electric Systems of Oklahoma, Inc., and American Public Power Association et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 94–8642. CRAWFORD *v.* DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 94–9091. LEE *v.* UNITED STATES. C. A. 7th Cir. Certiorari before judgment denied.

No. 94–9234. SAUNDERS *v.* AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. C. A. 3d Cir. Certiorari before judgment denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 94–9368. CALLAHAN *v.* SIMMONS, JUDGE, CIRCUIT COURT OF MICHIGAN, WAYNE COUNTY. C. A. 6th Cir. Motion of respondent for award of damages denied. Certiorari denied.

No. 95–53. COLUMBIA GULF TRANSMISSION CO. *v.* SLAUGHTER, SECRETARY, DEPARTMENT OF REVENUE AND TAXATION OF LOUISIANA. Sup. Ct. La. Motion of American Gas Association for leave to file a brief as *amicus curiae* denied. Certiorari denied.

No. 95–64. DAVIS *v.* ALABAMA ET AL. C. A. 11th Cir. Motion of Joe R. Whatley to substitute class representative in place of deceased petitioner denied. Certiorari denied.

No. 95–85. REEBOK INTERNATIONAL LTD. ET AL. *v.* BANQUE INTERNATIONALE A. LUXEMBOURG S. A. C. A. 9th Cir. Motion of International AntiCounterfeiting Coalition for leave to file a brief as *amicus curiae* out of time denied. Certiorari denied.